IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WESLEY ALLEN JACKSON                                                                                       PLAINTIFF

v.                                         Case No. 1:24-cv-1095

LIEUTENANT HILL, Union County
Detention Center                                                                                            DEFENDANT

## **ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11. Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute this matter and for failure to obey orders of the Court. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 11) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge